∎

MAE L. LECHNER et al., Appellants, v. FRANK LECHNER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 284 App. Div. 1067.]

∎

MARGERY LEHMAN et al., Respondents, v. JUAN MARIANO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See *ante,* p. 824.]

∎

MARGERY LEHMAN et al., Respondents, v. JUAN MARIANO, Appellant.— Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Mac-Crate, Schmidt and Beldock, JJ. [See *ante,* p. 824.]

∎

J. VINCENT O'SHEA, Respondent, v. FORT NECK CONSTRUCTION COMPANY, INC., et al., Appellants, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 834.]

∎

SELMAR GARAGE CORP., Appellant, v. RINK REALTY CORPORATION, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See *ante,* p. 831.]

∎

ROSE AXEL, Respondent, v. MAURY FISHER et al., Respondents. MAURY FISHER, Third-Party Plaintiff-Respondent, v. HARRY AXEL, Third-Party Defendant-Respondent. HARRY AXEL, Fourth-Party Plaintiff-Respondent, v. FIDELITY & CASUALTY COMPANY OF NEW YORK, Fourth-Party Defendant-Appellant.— Appeal by the fourth-party defendant from an order denying its motion, under subdivision 4 of section 193-a of the Civil Practice Act, for an order severing the fourth-party action and providing for a separate trial thereof, which order was made "without prejudice to the making by the trial justice of any order which may seem to him necessary in furtherance of justice". Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur.

∎

ELSE M. AXELRAD, Respondent, v. JOHN AXELRAD, Appellant.— In an action to recover arrears claimed to be due as alimony and for support of the children of the parties, under an agreement of separation and a Florida decree of divorce, which decree incorporated and expressly ratified, confirmed and approved the agreement, defendant appeals from a judgment in favor of plaintiff and from an order denying defendant's motion for a new trial. Judgment reversed on the law and the facts, without costs, and complaint dismissed. Findings of fact inconsistent with the views herein set forth are reversed, and new findings in accordance with said views are made. Appeal from order dismissed, without costs, in the light of the determination of the appeal from the judgment. The issue of whether plaintiff waived the difference between the amounts which